**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DAILY HARVEST, INC., <br><br>        Plaintiff, <br><br> v. <br><br> ENAMING.COM, LLC, TRACY FOGARTY, SAVVY INVESTMENTS, LLC, and DOES 1-10, <br><br>        Defendants. | Case No: 18-cv-10464-LTS |

**PLAINTIFF DAILY HARVEST, INC.'S**
**CERTIFICATE OF SERVICE OF NOVEMBER 13, 2018 ORDER**

Plaintiff Daily Harvest, Inc. ("Daily Harvest") hereby provides notice that on November 13, 2018 at 4:18 PM Eastern time, it served a copy of the Court's November 13, 2018 Order, which has since been docketed as ECF No. 14, scheduling a hearing on Daily Harvest's application for a temporary restraining order for Wednesday, November 14, 2018, at 11:00 a.m. in Courtroom 17C, 500 Pearl Street, New York, NY 10007 on the following:

1.   John Berryhill, counsel for Defendants eNaming.com, LLC and Tracy Fogarty;

2.   domains@ashantiplc.com, dailyharvest.com-registrant@fabulouswhoiscompliance.com, dailyharvest.com-admin@fabulouswhoiscompliance.com, and dailyharvest.com-tech@fabulouswhoiscompliance.com, which as of the evening of November 12, 2018, are listed on the www.dailyharvest.com registration record; and

3.   legal@privacy.co.com.

1

2

Dated: November 13, 2018                    Respectfully Submitted,

**BRAUNHAGEY & BORDEN LLP**

  /s/ J. Noah Hagey
J. Noah Hagey, Esq.
Andrew Levine, Esq.
Jeffrey M. Theodore, Esq. (*pro hac vice* application forthcoming)
7 Times Square, 27th Floor
New York, NY 10036-6524
Tel. & Fax: (646) 829-9403
Email: hagey@braunhagey.com
Email: levine@braunhagey.com
Email: theodore@braunhagey.com

**FRIEDMAN KAPLAN SEILER & ADELMAN LLP**

Andrew Englander
7 Times Square
New York, NY 10036-6516
Tel.: (212) 833-1100
Email: aenglander@fklaw.com

*Counsel for Plaintiff Daily Harvest, Inc.*